■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD F. KENNY, Appellant.—Judgment insofar as it imposes sentence unanimously modified as a matter of discretion in the interest of justice to impose a sentence of six months, and otherwise judgment affirmed. (Appeal from judgment of Ontario County Court—promoting gambling, second degree.) Present—Moule, J P., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.